IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTON |
| | : | |
| v. | : | |
| | : | |
| ROBERT MERZ | : | NO. 07-199 |

**<u>ORDER</u>**

AND NOW, this 4th day of May, 2009, Defendant Robert Merz's Omnibus Motion for Pretrial Relief (Document 81) is GRANTED in part and DENIED in part.[1]

It is further ORDERED Merz's Supplemental Motion for Pretrial Relief (Document 94) is DENIED.

It is further ORDERED the Government's Motion to Admit Evidence of Prior Child Molestation Offenses Under Federal Rule of Evidence 414 (Document 95) is GRANTED.

BY THE COURT:


 /s/ Juan R. Sánchez

Juan R. Sánchez, J.

---

[1] To the extent Merz's motion seeks to exclude statements he or his counsel made during his proffer session, the motion is granted. The remainder of the motion is denied.